# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. <u>5:21-CT-3118</u>

**FILED**

APR 2 9 2021

PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

<u>Joell Joyce</u>

Inmate Number <u>13621-084</u>

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

<u>D. LEU  (Butner II FCI  warden)</u>
<u>A. Miller  (Correctional officer)</u>

# COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑   42 U.S.C. § 1983 (state, county, or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

Joell Joyce
Name

13 621-084
Prisoner ID #

USP LEE
Place of Detention

P.O. Box 305
Institutional Address

Jonesville                    Virginia                    242 63
City                         State                        Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐   State   ☐   Federal

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __D. Lve__
Name

__Warden__
Current Job Title

__Butner II FCI__        __P.O. Box 1500__
Current Work Address

__Butner__        __North Carolina__        __27509__
City        State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: __A. Miller__
Name

__SIS officer__
Current Job Title

__Butner II FCI__        __P.O. Box 1500__
Current Work Address

__Butner__        __North Carolina__        __27509__
City        State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:  _FCI Butner  R & D_

Date(s) of occurrence:  _7/3/2020_

State which of your federal constitutional or federal statutory rights have been violated:

_____

_____

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

SIS Miller, ~~af~~ sexually assaulted me. He grabbed and squeezed my buttocks, then choked me and put his hands forcefully in my pants and stroked my penis several times.

<div style="border:1px solid">
Who did what to you?
</div>

Case 5:21-ct-03118-M    Document 1    Filed 04/29/21    Page 5 of 10

**What happened to you?**

I was removed from my cell taken to R and D and stripped naked before SIS miller and atleast 4 other staff members and was commanded by SIS miller to give him a deep knee bend and to "spread my ass cheeks until I see the pink". He was not satisfied and then removed me from the Center of R and D to the back of R and D and that's when he became sexually aggressive and tried to strip once again, but as he said for "his eyes only". And that when the aforemention took place.

**When did it happen to you?**

This incedent occured July, 3rd, 2020 roughly around 7:30 - 8 am.

**Where did it happen to you?**

In the back of R and D in a cubby where inmates ususally get undressed to be discharged. At the FCI Butner II facility.

Case 5:21-ct-03118-M   Document 1   Filed 04/29/21   Page 6 of 10

| What was your injury? | Confusion, shame, humiliation, embarressment, trauma, extremely sever psychological and emotional injuries to date. |

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?     ☑ Yes    ☐ No

If no, explain why not:

Is the grievance process completed?     ☐ Yes    ☑ No

If no, explain why not:

I have filed all steps of the grievance process at least twice and is often met with letters of return, seems to be all discouragement tactics. I say no because the second time I filed with washington they have yet to respond in over 30 days which allow me to go to the next step but I file at all levels.

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would want the courts to see that I be compensated for all of my damages psychological and emotional.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Case 5:21-ct-03118-M    Document 1    Filed 04/29/21    Page 9 of 10

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

4/21/21
Dated

Jell Joyce
Plaintiff's Signature

Joell Joyce
Printed Name

13621-084
Prison Identification #

USP LEE  P.O. Box 305        Jonesville        Virginia        24263
Prison Address                      City                State        Zip Code